LEAL ▪ TREJO LLP
C. David Trejo, SBN 187529                                    JS-6
Ruth Diep, SBN 251089
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Telephone (213) 628-0808
Facsimile: (213) 628-0818

Attorneys for Defendant,
Bassett Unified School District

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETT SCOTT, individually and as Guardian ad Litem & as mother on behalf of daughter, BRIDGETT CARTER, a minor,<br><br>                   Plaintiffs,<br><br>        vs.<br><br>BASSETT UNIFIED SCHOOL DISTRICT, a California governmental district, and DOES 1 through 50,<br><br>                   Defendants. | CASE NO.:  CV 08- 00608 SJO (Ssx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

The stipulation to dismiss with prejudice was submitted to this Court by both parties.  After consideration of all matters presented to this Court, IT IS HEREBY ORDERED that the stipulation to dismiss with prejudice is granted.

        10/3/08                          /S/  S. James Otero
Date: _____     /s/ _____
                                     United States District Judge

- 1 –

_____